933 So.2d 541 (2005)
Gregory MACK, Petitioner,
v.
James V. CROSBY, Jr., Secretary, Department of Corrections, Respondent.
No. 1D05-3426.
District Court of Appeal of Florida, First District.
October 21, 2005.
Gregory Mack, pro se, petitioner.
No appearance for respondent.
PER CURIAM.
DENIED. Smartt v. First Union Nat'l Bank, 771 So.2d 1232 (Fla. 5th DCA 2000); Moore v. Correctional Medical Services, 817 So.2d 963 (Fla. 1st DCA 2002); Al-Hakim v. State, 783 So.2d 293 (Fla. 5th DCA 2001).
ALLEN, WEBSTER and THOMAS, JJ., concur.